# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Travis Campbell Y15157

Plaintiff

vs.

Major Prentice
Lt Cortely
Unknown Orange Crush #1
Unknown Orange Crush #2
Unknown Orange Crush #3

Defendant(s)

Case No. 1:17-CV-0227
(The case number will be assigned by the clerk)

SCANNED at PCF and E-Mailed
10/31/17 (date) by KK (initials)
4 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

- [X] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Y15157
Travis Campbell Amended Complaint
Plaintiff

1:17-CV-01227
Judge Joe Billy McDade

Date(s) of the occurrence ___May 5th 2017___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On May, 5th 2017 I was Housed In Cell 904, West House when At 8:30 Am They Did A Shake Down on my Gallery for the Second Day, A Row An C.O Janessa M. Martinez was In My Cell Tearing It Apart for the second Day, A Row, Taking My Magazines So I Told Her Put My Stuff Back Befor I Headbutt Her Then They Wrote me up And Sent Me To North House for Intimidation or threat And Insdance So They Put Me In This Room on 5 Gallery which Is A Medical Holding Room, Chained My feet To The Bench And Hands Minutes Later Major Prentice came up To The, Said So I Heard you Threatin one of my Officers I Said yea I Did So what you Gonna Do She Responded You Must Dont Know who The fuck I Am Tough boy I Will Have you fuckin Head Split, I Said By who And Laughed Then She Said By Whoever Needs To I See You Yea Yea Then She Said Welcome To The North House, Left. 3 Minutes Later Lt Cortey Returned with 3 Orange Crush members who were White, They Stopped me In My Ribs, My Back, My Knee's Spit, my face, Told Me Nigger boy you will Do What you Told, The Next Time we Are Going To Kill you Nigger Then I Lost consiousness, When I Woke up They were Making Me Stand Waile bending Wrists To Maximum Compacity Almost braking Them Then They Took me To 7 Gallery, Put my Head up Against The Wall Waile They Got My New Cell Door open In Put Me In Cell 133 Were I was Have for 8 Days No blanket, Bed, or Sheets Like A Animal.

5



RELIEF REQUESTED

(State what relief you want from the court.)

That Does employees be fired And I Wald Like An

7

Restraining order on Them And That I Be Granted 45,000 Dollars for what Happen To Me On That Day Of The Abuse.

JURY DEMAND    Yes [X]    No [ ]

Signed this __October__ day of __30__, 20__17__.

_Travis Campbell_
( Signature of Plaintiff)

| Name of Plaintiff: Travis Campbell | Inmate Identification Number: Y15157 |
|---|---|
| Address: Pontiac, Il 61764 P.O. Box 99 | Telephone Number: N/A |

8