Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Travis Campbell** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 17-1227 |
| | ) |
| **Michael Melvin, Susan Prentice,** | ) |
| **Adrian Corley, Christopher Brubaker,** | ) |
| **Joshua Davis, Anton Frazier.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Travis Campbell's action against Defendants Michael Melvin, Susan Prentice, Adrian Corley, Christopher Brubaker, Joshua Davis and Anton Frazier is dismissed without prejudice.

**Dated:**   7/22/2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court